IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEANNIE CATES, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 5:07-CV-237-HL ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) ) ) ) |
| Defendant | ) |

## O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). On remand the Agency will re-evaluate the medical record; make findings regarding what mental and physical functional limitations are imposed on Plaintiff's residual functional capacity (RFC); provide a vocational expert (VE) with a hypothetical question(s) that accurately encompasses all functional limitations in the RFC; resolve conflicts, if any, with the VE's testimony and the DOT; and issue a new decision.

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 27th day of February, 2008.

*S/ Hugh Lawson*

**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**